IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MENDORA DUNN, | ) | 8:16CV236 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| SSA SSI DISABILITY APEALS COUNCIL, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 31, 2016, Plaintiff was granted leave to proceed in forma pauperis and was given instructions for service of process. Returns of service were filed by the United States Marshal on June 28, 2016. Defendant answered Plaintiff's complaint and filed the administrative record on August 15, 2016. There have been no filings since that date.

On May 27, 2016, the same day that Plaintiff filed her complaint, the court mailed Plaintiff a copy of General Order No. 2015-05, which specifies the procedures to be followed in Social Security appeals. The order states, among other things, that "[w]ithin 30 days after the administrative record is filed, the plaintiff shall file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief." (Filing No. 3)

IT IS ORDERED that unless Plaintiff complies with General Order No. 2015-05 by filing an appropriate motion and supporting brief within 30 days of today's date, this action will be dismissed without further notice.

DATED this 18th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge